UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 20-cv-81066-Matthewman

JAMES VELASQUEZ,

    Plaintiff,

vs.

RKC LAND DEVELOPMENT, INC.
a Florida For-Profit Corporation, and
ROBERT K. CARTER, JR., individually,

    Defendants.
_____/

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE [DE 15], APPROVING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice ("Motion") [DE 15]. In their Motion, the parties seek an Order approving their settlement and dismissing this action with prejudice. *Id.* The parties have emailed to the undersigned the executed Settlement Agreement and Mutual Release for *in camera* review.

The Court held a fairness hearing via Zoom video teleconference (VTC) on September 2, 2020, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claims alleging violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* At the hearing, the parties' counsel represented that the settlement is fair and reasonable and that Plaintiff and Defendants are in agreement with the terms of the settlement. The parties' counsel also requested that the Court reserve jurisdiction to enforce the terms of the settlement.

1

The Court has reviewed the Motion, the parties' Settlement Agreement and Mutual Release and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiff is being paid an amount he believes he is owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable. Based on the foregoing, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claim as set forth in the settlement agreement between Plaintiff and Defendants to be fair and reasonable. The Court also finds that the settlement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 15] is **GRANTED**.
2. The parties' settlement is **APPROVED**.
3. The above-style action is **DISMISSED WITH PREJUDICE**.
4. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement, should such enforcement be necessary.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of September, 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge